IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACLYN DUKE | )<br>) |
| Plaintiff, | )  NO. 3:23-cv-01082<br>) |
| v. | )  JUDGE RICHARDSON<br>) |
| INFINITY HOSPITALITY | )<br>) |
| Defendant. | )<br>)<br>)<br>)<br>) |

**ORDER**

The Parties have filed a "Joint Stipulation of Dismissal with Prejudice" (Doc. No. 21, "Stipulation"), which was filed pursuant to Fed. R. Civ. P. 41(a) and signed by counsel for all parties. Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the Parties have stated that the dismissal is with prejudice, the dismissal is in fact with prejudice. Each party shall bear its own costs and attorney fees relating to this action.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE