UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Jaclyn Duke

        Plaintiff,

v.         Case No.: 3:23−cv−01082

Infinity Hospitality

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/30/2024 re [22].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk